UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILY GAMMOH<br><br>   Plaintiff<br><br>   -against-<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES<br><br>   Defendant | Case No.<br><br>PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND FOR AN EXPEDITED HEARING ON THE SAME |

Plaintiff Emily Gammoh moves the Court to exercise its authority to enjoin the Defendant United States Citizenship and Immigration Services (USCIS) from rejecting her Form I-129 upon behalf of Cherryl De Lima and from failing to treat her petition as having been filed on January 5, 2021 and from failing to adjudicate it in the same order as other Forms I-129 received for H-2B classification of the beneficiaries on that date. Ms. Gammoh further asks this Court to expedite a hearing on the same inasmuch as this action will become moot, and the petitioner will, acccordingly if the USCIS does not accept her petition prior H-2B petitions number becoming unavailable, which last year occurred on February 12, 2022.

 Ms. Gammoh relies upon her Memorandum of Law concurrently filed herewith in making this motion.

   Respectfully submitted this 3rd day of February, 2022

*s/Michael E. Piston*

Michael E. Piston (MI 002)
Attorney for the Plaintiff
Immigration Law Office of Los Angeles, P.C.
New York Office
38-08 Union St., Suite 9A

Flushing, NY 11354
(646) 876-3772
Fx: 206-770-6350
Michaelpiston4@gmail.com

Sandra Stempel
Local Counsel for the Plaintiff
Dinse, P.C.
209 Battery Street
Burlington, Vermont 05401
802.864.5751
Fax: 802.862.6409
sstrempel@dinse.com

## CERTIFICATE OF SERVICE

I certify that the foregoing with all supporting documents,  together with the plaintiff's

Complaint and supporting Exhibit A,  were all served upon the defendant in this action today

by sending it by overnight courier to the following

United States Citizenship and Immigration Services
c/o Civil Process Clerk
United States Attorney's Office
555 4th St NW,
Washington, DC 20530

United States Citizenship and Immigration Services
c/o  Attorney General
US Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530

United States Citizenship and Immigration Services
Office of the Chief Counsel
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-
0009

And by email to:

United States Citizenship and Immigration Service < uscis.serviceofprocess@uscis.dhs.gov>
"Hudak, Brian (USADC)" <Brian.Hudak@usdoj.gov>,
"U.S. Attorney for the District of Columbia" <dc.outreach@usdoj.gov>

*s/Michael E. Piston*

Michael E. Piston
Attorney for the Plaintiff
Immigration Law Office of Los Angeles, P.C.
New York Office
38-08 Union St., Suite 9A
Flushing, NY 11354
(646) 876-3772
Fx: 206-770-6350
Michaelpiston4@gmail.com

 Dated: February  3, 2022