# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILY GAMMOH<br>73 Lavista Drive<br>Morgantown, WV 26508<br><br>    Plaintiff<br><br>            -against-<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES<br><br>United States Citizenship and Immigration Services<br>5900 Capital Gateway Drive<br>Mail Stop 2120<br>Camp Springs, MD 20588-0009<br><br>- And -<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br><br>c/o Office of the General Counsel<br>U.S. Department of Homeland Security<br>2707 Martin Luther King Jr. Ave, SE<br>Mail Stop 0485<br>Washington DC 20528-0485<br><br>    Defendants | CASE NO. 1:22-cv-00256<br><br>ERRATA |

Plaintiff now files with this Errata a corrected copy of its Complaint, ECF Doc. No. 1.

Respectfully submitted this 4th day of February, 2022.

                                          /s/ *Michael E. Piston*

                                          Mchael E. Piston (MI 002)
                                          Attorney for Plaintiff

                                                Immigration Law Offices of Los Angeles, P.C.
                                                38-08 Union St., Suite 9A
                                                Flushing, NY  11354
                                                (646) 876-3772
                                                michaelpiston4@gmail.com

## CERTIFICATE OF SERVICE

I certify that this Errata and the attached Complaint were mailed today by regular mail (or sent by commerical courier) to:

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES

United States Citizenship and Immigration Services
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-0009

-    And -

UNITED STATES DEPARTMENT OF HOMELAND SECURITY

c/o Office of the General Counsel
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave, SE
Mail Stop 0485
Washington DC 20528-0485

Further, it was also emailed (per consent) to the U.S. Attorney for the District of Columbia at Brian.Hudak@usdoj.gov.

                                                /s/ *Michael E. Piston*

                                                Mchael E. Piston (MI 002)
                                                Attorney for Plaintiff
                                                Immigration Law Offices of Los Angeles, P.C.
                                                38-08 Union St., Suite 9A
                                                Flushing, NY  11354
                                                (646) 876-3772
                                                michaelpiston4@gmail.com